U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

FEB 2 6 2014

TONY R. MOORE CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

JAWAAN CHEVALIER                    CIVIL ACTION NO. 12-2954-P

VERSUS                              JUDGE STAGG

DAVID WADE CORRECTIONAL             MAGISTRATE JUDGE HORNSBY
CENTER SECURITY

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims regarding access to the courts and attendance of a funeral are **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e) and pursuant to the provisions of FRCP Rule 41(b).  The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the Three Strikes List in Tyler, Texas.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this

26 day of Feb _____ 2014.

TOM STAGG
UNITED STATES DISTRICT JUDGE